Stephen M. Doniger (SBN 179314)
stephen@dongierlawfirm.com
Scott A. Burroughs (SBN 235718)                    **MADE JS-6**
scott@donigerlawfirm.com
Regina Y. Yeh (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:   (310) 417-3538
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., | Case No.:  CV11-1407-GW(JEMx) |
| | _Honorable George H. Wu Presiding_ |
| Plaintiff, | |
| | **ORDER ON STIPULATION TO** |
| v. | **DISMISS ACTION PURSUANT TO** |
| | **FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| MACY'S RETAIL HOLDINGS, INC.; and DOES 1 through 10; et al., | |
| Defendants. | |

/ / /

/ / /

1

Upon review of the parties' Stipulation to Dismiss Defendant Macy's Retail Holdings, Inc., based on the contents of said Stipulation, and finding good cause to approve the agreement contained therein, IT IS HEREBY ORDERED THAT:

1.   This action is to be dismissed with prejudice as to Macy's Retail Holdings, Inc.;

2.   Each party is to bear its own costs and fees as incurred against one another; and

3.   This Court shall retain jurisdiction for the enforcement of the settlement agreement.

SO ORDERED.

Dated: September 2, 2011

_____
GEORGE H. WU
U.S. DISTRICT COURT JUDGE

2