Stephen M. Doniger (SBN 179314)
stephen@dongierlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:   (310) 417-3538
Attorneys for Plaintiff

**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS, INC.; and DOES 1 through 10; et al.,<br><br>Defendants. | Case No.:  CV11-1407-GW(JEMx)<br><u>Honorable George H. Wu Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

/ / /

/ / /

1

1  Upon review of the parties' Stipulation to Dismiss Defendant Macy's Retail
2 Holdings, Inc., based on the contents of said Stipulation, and finding good cause to
3 approve the agreement contained therein, IT IS HEREBY ORDERED THAT:
4     1.    This action is to be dismissed with prejudice as to Macy's Retail
5         Holdings, Inc.;
6     2.    Each party is to bear its own costs and fees as incurred against one
7         another; and
8     3.    This Court shall retain jurisdiction for the enforcement of the settlement
9         agreement.
10 SO ORDERED.

13 Dated: September 2, 2011        _____
                                                         GEORGE H. WU
14                                                          U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL